STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

BARBARA J. VALLIERE (DCBN 439353)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7039
    FAX: (415) 436-7234
    barbara.valliere@usdoj.gov

Attorneys for United States of America

FILED

May 25 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO. 21-CR-0204 VC |
|---|---|
| Plaintiff, | ) [~~PROPOSED~~] DETENTION ORDER |
| v. | ) |
| TYLE AARON EHRMAN, | ) |
| Defendant. | ) |

On May 13, 2021, defendant TYLER AARON EHRMAN was charged by Indictment with felon in possession of ammunition, in violation of Title 18, United States Code, Section 922(g)(1).

This matter came before the Court on May 24, 2021, for a detention hearing. The defendant was present and represented by Hanni Fakhoury. Assistant United States Attorney Barbara J. Valliere appeared for the government. The government moved for detention, and the defendant opposed. At the hearing, counsel submitted proffers and arguments regarding detention.

Upon consideration of the facts, proffers and arguments presented, and for the reasons stated on the record, the Court finds by clear and convincing evidence that no condition or combination of conditions will reasonably assure the safety of any other person or the community. Accordingly, the defendant must be detained pending trial in this matter.

[~~PROPOSED~~] DETENTION ORDER
21-CR-0204 VC

1

v. 11/01/2018

The present order supplements the Court's findings and order at the detention hearing and serves as written findings of fact and a statement of reasons as required by Title 18, United States Code, Section 3142(i)(1). As noted on the record, the Court makes the following findings as the bases for its conclusion: The defendant has four prior felony convictions. Since his parole began, his reckless driving has led to four car accidents, endangering people. Several factors show that the Defendant is not amenable to supervision and cannot be counted on to comply with release conditions: the fact that his alleged conduct occurred while he was on parole for a state felony offense; his removal of his GPS monitor following the car accident on May 7, 2021, that precipitated his arrest; and his reckless driving while on parole. This finding is made without prejudice to the defendant's right to seek review of defendant's detention, or file a motion for reconsideration if circumstances warrant it.

Pursuant to 18 U.S.C. § 3142(i), IT IS ORDERED THAT:

1. The defendant be, and hereby is, committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. The defendant be afforded reasonable opportunity for private consultation with counsel; and

3. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to an authorized United States Marshal for the purpose of any appearance in connection with a court proceeding.

IT IS SO ORDERED.

DATED: May 25, 2021

HONORABLE THOMAS S. HIXSON
United States Magistrate Judge